IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In the Matter of: | ) | Case No. 18-40226 |
| | ) | |
| LIBERTY MOBILITY NOW, INC. | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

Trustee's Objection to Claim No. 18

**YOU ARE NOTIFIED that your claim may be reduced, modified, or eliminated. Please read this document carefully and discuss it with your attorney**

The Chapter 7 bankruptcy trustee objects to the following claim:

Claimant:         Nagendra Bandaru
Claim Number:     18
Claim Filing Date: 08/09/2018
Amount Claimed:   $55,000

The specific grounds upon which the objection is made: The claim includes post-petition interest. Per documents attached to the claim, creditor loaned funds to Debtor on 10/02/2017 at 10% interest per annum. Interest from 10/01/2017 to 02/12/2018 equals $364.38.

The proposed treatment of the claim with a specific dollar amount is: $50,364.38 as a general unsecured, non-priority claim.

WHEREFORE, in the absence of a claim amendment filed on or before the objection/resistance deadline, the trustee prays the Court for an order treating the claim as proposed above and for such other and further relief as the Court finds in the premises.

Dated: April 29, 2019

/s/ Brian S. Kruse
Brian S. Kruse, Chapter 7 Trustee
REMBOLT LUDTKE LLP
3 Landmark Centre
1128 Lincoln Mall, Suite 300
Lincoln, NE 68508
(402) 475-5100
bkruse@remboltlawfirm.com

### Notice of Objection/Resistance Deadline

YOU ARE HEREBY NOTIFIED that if you desire to object to or resist the foregoing objection to claim you must file it on or before **May 29, 2019**, with the Clerk of the United States Bankruptcy Court for the District of Nebraska, Roman L. Hruska Courthouse, 111 South 18th Plaza, Suite 1125, Omaha, Nebraska 68102 and serve a copy on the undersigned. Any objection or resistance shall set forth the specific factual and legal basis and conclude with a request for relief. If an objection or resistance is filed without the specific factual and legal basis, the matter may be submitted to the bankruptcy court judge without a hearing. If the objection or resistance is properly and timely filed, the Court will set the matter for hearing in the courtroom or by telephone. If the objection or resistance deadline expires without the filing of any objection or resistance, the Court will consider entering an order granting the relief requested herein without further hearing. Neb. R. Bankr. P. 9006-1 and 9013-1 apply to this matter and any objections or resistances.

/s/ Brian S. Kruse
Brian S. Kruse

### Certificate of Service

I hereby certify that on the date listed above I caused the foregoing to be filed with the Clerk of the United States Bankruptcy Court using the CM/ECF system and caused the same to be served, by first class United States mail, postage prepaid, on April 29, 2019:

| | |
|---|---|
| Debtor: | Liberty Mobility Now, Inc.<br>211 N. 14th Street<br>Lincoln, NE 68508 |
| Debtor's Counsel: | Trev Peterson<br>3800 VerMass Place, Suite 200<br>Lincoln, NE 68502 |

The person most recently designated on the Claimant's original or amended proof of claim as the person to receive notices, at the address so indicated:

Nagendra Bandaru
2320 Cimmaron Drive
Plano, TX 75025-4796

/s/ Brian S. Kruse
Brian S. Kruse