UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA
Lincoln DIVISION

| | | |
|---|---|---|
| In re: LIBERTY MOBILITY NOW, INC. | § § § § | Case No. 18-40226 |
| Debtor(s) | | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Brian S. Kruse, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the United States Bankruptcy Court
Suite 1125
111 So. 18th Plaza
Omaha, NE 68102

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 02/17/2020                                By: /s/ Brian S. Kruse
                                                           Trustee

Brian S. Kruse
1128 Lincoln Mall, Ste 300
3 Landmark Centre
Lincoln, NE 68508
(402) 475-5100
bkruse@remboltlawfirm.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA
Lincoln DIVISION

In re:LIBERTY MOBILITY NOW, INC. § Case No. 18-40226
§
§
§
Debtor(s)

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of : | $ 309,498.87 |
| and approved disbursements of: | $ 45,797.09 |
| leaving a balance on hand of[1]: | $ 263,701.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 21S | Westfield Bank, FSB | 11,342.93 | 11,342.93 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 263,701.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian S. Kruse | 18,724.94 | 0.00 | 18,724.94 |
| Trustee, Expenses - Brian S. Kruse | 15,065.57 | 0.00 | 15,065.57 |
| Attorney for Trustee Fees - Philip Kelly | 6,779.00 | 6,779.00 | 0.00 |
| Attorney for Trustee, Expenses - Philip Kelly | 350.00 | 350.00 | 0.00 |
| Attorney for Trustee Fees - Rembolt Ludtke LLP | 4,985.00 | 4,985.00 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Laura J. Lawrence | 5,335.00 | 5,335.00 | 0.00 |
| Other Professional Fees - Skutch Arlo Group | 13,477.50 | 13,477.50 | 0.00 |
| Other Professional Fees - Goranson, Parker & Bella | 5,250.00 | 5,250.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Professional Expenses - Skutch Arlo Group | 8,461.33 | 8,461.33 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 33,790.51
Remaining balance: $ 229,911.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 229,911.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,309.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P-2 | South Dakota Department of Revenue | 4,372.00 | 0.00 | 4,372.00 |
| 40 | Valerie D. Lefler | 2,556.81 | 0.00 | 2,556.81 |
| | Department of the Treasury | 158.52 | 0.00 | 158.52 |
| | Department of the Treasury | 37.07 | 0.00 | 37.07 |
| | Department of the Treasury | 153.41 | 0.00 | 153.41 |
| | Nebraska Department of Revenue | 31.96 | 0.00 | 31.96 |

Total to be paid for priority claims: $ 7,309.77
Remaining balance: $ 222,601.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $1,499,642.88 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pony-Care Transportation Inc. | 0.00 | 0.00 | 0.00 |
| 2 | Mounts Medical Transportation, Inc. Attn: Nancy Mounts | 200.00 | 0.00 | 29.69 |
| 3 | City of Lima, Ohio Attn: Mayor Berger | 10,000.00 | 0.00 | 1,484.36 |
| 4 | Phyllis L. Breedlove | 778.04 | 0.00 | 115.49 |
| 5U | South Dakota Department of Revenue | 626.88 | 0.00 | 93.05 |
| 6 | Mac Rodgers Consulting | 33,750.00 | 0.00 | 5,009.73 |
| 7 | TENDERCARE OF VIRGINIA, INC. | 2,219.00 | 0.00 | 329.38 |
| 8 | Invest Nebraska NMotion, LLC | 11,442.19 | 0.00 | 1,698.44 |
| 9-2 | NMotion Accelerator Fund II, LLC | 11,442.02 | 0.00 | 1,698.41 |
| 10 | Abingdon Convalescent Ambulance Service | 5,611.20 | 0.00 | 832.91 |
| 11 | Pony Care Transportation Attn: Mansour Mansour | 3,730.00 | 0.00 | 553.67 |
| 12 | Trinity Plus 1 Transportation LLC Attn: Laura Amison | 5,449.00 | 0.00 | 808.83 |
| 13 | TechGrowth Ohio Fund | 342,500.00 | 0.00 | 50,839.45 |
| 14 | Casper Area Economic Devlpment Alliance | 697.00 | 0.00 | 103.46 |
| 15 | Deidre Tatum | 697.00 | 0.00 | 103.46 |
| 16 | One Source The Background Check Company | 6,296.98 | 0.00 | 934.70 |
| 17 | Rahul Chawla | 70,000.00 | 0.00 | 10,390.54 |
| 18 | Nagendra Bandaru | 50,364.38 | 0.00 | 7,475.90 |
| 19 | Chariots of Fire Transportation, LLC Attn: Rolinda Butler | 2,724.30 | 0.00 | 404.39 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Global Cab Attn: Jen Jett | 3,594.41 | 0.00 | 533.54 |
| 21U | Westfield Bank, FSB | 2,222.22 | 0.00 | 329.86 |
| 22 | INSPRO Attn: Noah Greenwald | 29,086.65 | 0.00 | 4,317.52 |
| 23 | Lakika Hicks | 3,662.00 | 0.00 | 543.57 |
| 24 | Rockbridge Area Transportation System, Inc. | 274.75 | 0.00 | 40.78 |
| 25 | Pete Costello | 10,000.00 | 0.00 | 1,484.36 |
| 26 | Nebraska Enterprise Fund c/o Gregory S. Frayser Cline Williams | 58,856.88 | 0.00 | 8,736.50 |
| 27 | Vedops Technologies Inc | 63,500.00 | 0.00 | 9,425.71 |
| 28 | Northwest Ohio Waiver Admin Council Attn: Doreen Mohr | 497.00 | 0.00 | 73.77 |
| 29P | Chores & Errands, Inc. | 0.00 | 0.00 | 0.00 |
| 29U | Chores & Errands, Inc. | 22,619.50 | 0.00 | 3,357.56 |
| 30 | Ramakrishna Chebrolu | 70,000.00 | 0.00 | 10,390.54 |
| 31 | Kandis K Lefler | 34,000.00 | 0.00 | 5,046.84 |
| 32 | Highlands Community Services Attn: Nikki Hicks | 848.00 | 0.00 | 125.87 |
| 33P | ITCAPS LLC | 0.00 | 0.00 | 0.00 |
| 33U | ITCAPS LLC | 168,480.00 | 0.00 | 25,008.55 |
| 34 | Randy Tonkinon | 0.00 | 0.00 | 0.00 |
| 35 | Randy Tonkinon | 0.00 | 0.00 | 0.00 |
| 36 | McCaulley&Company LLC Attention: Justin R. McCaulley | 28,898.82 | 0.00 | 4,289.64 |
| 37 | UnitedHealthcare Insurance Company | 434,574.66 | 0.00 | 64,506.67 |
| 38 | Cindy Sanders | 10,000.00 | 0.00 | 1,484.36 |
| 39 | Trinity Ambulance Service, LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $  222,601.50
Remaining balance:  $  0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $9,987.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 41P | Ohio Bureau of Workers' Compensation | 0.00 | 0.00 | 0.00 |
| 41U | Ohio Bureau of Workers' Compensation | 4,007.00 | 0.00 | 0.00 |
| 42 | National Funding | 5,980.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared by: /s/ Brian S. Kruse
Trustee

Brian S. Kruse
1128 Lincoln Mall, Ste 300
3 Landmark Centre
Lincoln, NE 68508
(402) 475-5100
bkruse@remboltlawfirm.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**