IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. 18-40226 SKH |
| | ) | |
| LIBERTY MOBILITY NOW, INC., | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### *REPORT OF DIVIDENDS DEPOSITED PURSUANT TO*
### *BANKRUPTCY RULE 3010*

Pursuant to Bankruptcy Rule 3010, an ACH transfer has been sent to the Clerk of the United States Bankruptcy Court, in the amount of $21,049.21, representing a dividend for the following claimants:

| Claim No. | Claimant (Name and Address) | Amount |
|---|---|---|
| 9 | NMotion<br>151 No. 8th Street, Suite 517<br>Lincoln, NE 68508 | $1,698.41 |
| 17 | Rahul Chawla<br>1308 Edmonson Circle<br>Nashville, TN 37211 | $10,390.54 |
| 18 | Nagendra Bandaru<br>2320 Cimmaron Drive<br>Plano, TX 75025-4796 | $7,475.90 |
| 38 | Cindy Sanders<br>1192 Road D<br>Red Cloud, NE 68970 | $1,484.36 |

Dated: August 21, 2020

/s/ James A. Overcash
James A. Overcash    No. 18627
Trustee in Bankruptcy